UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-62111-DIMITROULEAS

ROBYN FERRIS, on behalf of themselves
and all other similarly situated,

    Plaintiff,

v.

SAMSUNG ELECTRONICS CO. LTD., a
foreign for profit company, and SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation,

    Defendants.
_____/

**ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL**

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal (the "Notice"). [DE 12]. The Court has considered the Notice and is otherwise fully advised in the premises. Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Notice is hereby **APPROVED;**

2. This action is hereby **DISMISSED**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of October, 2018.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record